| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DALE BELT                          §
and REBECCA BELT,                  §
                                   §
    Plaintiffs,              §
                                   §
*versus*                           §   CIVIL ACTION NO. 1:07-CV-762
                                   §
ALLSTATE TEXAS LLOYD'S,            §
                                   §
    Defendant.              §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on October 29, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court vacate the reference to the magistrate judge.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 31st day of December, 2007.

                                                MARCIA A. CRONE
                                        UNITED STATES DISTRICT JUDGE